# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL MCGEE,

    Plaintiff,

v.                                          Case No. 06-C-721

TIM THOMAS, et al.,

    Defendants.

## ORDER

Plaintiff has filed a "request for production of documents," which asks this court to order the defendants to produce certain documents pertaining to his case. The motion was docketed as a motion to compel but appears aimed primarily at requesting documents from the defendants directly. Under the rules of discovery, there is no need to "compel" production of documents unless the defendants do not provide them upon the plaintiff's request. Because this is apparently the plaintiff's first request for the documents, to the extent the filing is a motion to compel it will be DENIED as premature.

**SO ORDERED** this   8th   day of December, 2006.

                                                      s/ William C. Griesbach
                                                     William C. Griesbach
                                                     United States District Judge