UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL L. MCGEE,

    Plaintiff,

v.                                           Case No. 06-C-721

TIM THOMAS, et al.,

    Defendants.

## ORDER

Defendants have moved to strike the motion for summary judgment filed by the plaintiff on December 28, 2006. They note that the motion fails to comply with the Local Rules and also assert that they are unable to respond to it within the time allotted by rule.

Rather than strike the filing altogether, I will allow the defendants to respond within the context of any summary judgment motion they might file. Dispositive motions are due by April 13, 2007. Defendants may file their response along with their own dispositive motion; if they do not file a dispositive motion, their response to the plaintiff's motion will be due on the same date.

The motion to strike is DENIED, but the defendants are granted an extension of time and may respond to the plaintiff's motion on or before April 13, 2007.

Dated this   11th   day of January, 2007.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge